UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY D. REAVES,

    Petitioner,

v.    CASE NO. 05-CV-73821-DT
    HONORABLE GEORGE CARAM STEEH

GERALD HOFBAUER,

    Respondent.
_____/

## JUDGMENT

For reasons stated in an Opinion and Order issued this date,

**IT IS ORDERED** that judgment is entered in favor of Respondent, and Petitioner's habeas corpus petition is DISMISSED with prejudice.

    DAVID J. WEAVER
    CLERK OF THE COURT

    BY: s/Josephine Chaffee
        DEPUTY COURT CLERK

Dated: August 14, 2006